

**NUMBER 13-13-00377-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

KIP H. ALLISON,                                                                              Appellant,

v.

WORLDVENTURES MARKETING,
LLC D/B/A WORLDVENTURES
AND WORLDVENTURES HOLDINGS,
LLC D/B/A WORLDVENTURES,                                           Appellees.

---

**On appeal from the 160th District Court
of Dallas County, Texas.**

---

# ORDER TO FILE APPELLANT'S BRIEF

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Order Per Curiam**

This cause is before the Court on appellant's second motion for extension of time

to file the brief.   Appellant's brief was originally due to be filed on July 25, 2013, and this

Court has previously granted appellant an extension for the filing of appellant's brief in this cause. Appellant has now filed his second motion requesting additional time to file the appellate brief in this cause.

The Court, having fully examined and considered appellant's second motion for extension of time to file the brief and the extension previously granted in this cause, is of the opinion that, in the interest of justice, appellant's second motion for extension of time to file the brief should be granted with order. The Court, however, looks with disfavor upon the delay caused by counsel's failure to have filed a brief in this matter.

Appellant's second motion for extension of time to file the brief is hereby GRANTED, and appellant is hereby ORDERED to file the appellate brief with this Court on or before October 25, 2013. Further motions for extension of time will not be favorably entertained by the Court.

The Clerk of this Court is ORDERED to serve a copy of this order on appellant by certified mail, return receipt requested.

PER CURIAM

Delivered and filed the
1st day of October, 2013.

2